# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIHAI ALEXANDRU ISVANCA, )<br>)<br>Defendant. )<br>) | CRIM NO. 1:18-cr-00020-DLF |

## MOTION TO FILE REDACTED STATEMENT OF FACTS IN PUBLIC RECORD

The United States of America, by and through the United States Attorney for the District of Columbia, moves to file the redacted version of the Agreed Statement of Facts in Support of Guilty Plea in the public record Attached as Exhibit 1, and to file under seal, the unredacted Agreed Statement of Facts presented to the court during the plea colloquy scheduled for April 28, 2021. The redacted version of the Agreed Statement of Facts is redacted to exclude personally identifiable information in compliance with Fed. R. Crim. P. 49.1, along with the identities of persons identified as unindicted co-conspirators.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

/s/ John Dominguez
John Dominguez
Demian Ahn
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
202-252-7684 (Mr. Dominguez)
202-252-7106
John.Dominguez@usdoj.gov
Demian.Ahn@usdoj.gov