UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIHAI ALEXANDRU ISVANCA,<br>Defendant. | Cr. No. 18-cr-0020 (DLF) |

### AGREED STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The United States of America, through its attorney, the United States Attorney for the District of Columbia, submits the following statement of facts in support of the defendant's guilty plea to Count 1 of the indictment, conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, and Count 7 of the indictment, conspiracy to commit computer fraud in violation of 18 U.S.C. § 371. The defendant, with the assistance of counsel, has reviewed the below statement of facts, and agrees that the following facts are accurate and support the guilty plea in this case. This recitation of facts covers those necessary to support the defendant's plea of guilty to the charges described above; it does not recite all relevant facts known to the government nor the defendant about the conduct at issue.

If the Government were to proceed to trial, the Government would present the following facts:

1. The defendant's full name is Mihai Alexandru Isvanca. He is a citizen of Romania, with Romanian passport number ▮▮▮▮▮▮▮ and a date of birth of ▮▮▮▮▮▮▮, ▮▮▮▮ He arrived in the United States via extradition request granted by the Netherlands on November 19, 2020 after arrest on June 19, 2020 in the Netherlands.

**The Computer Intrusion**

1

2.      Sometime beginning in early January 2017, and continuing through January 12, 2017, a computer hacking attack on the Metropolitan Police Department (MPD) computer network disabled two-thirds of the outdoor surveillance cameras operated by MPD in Washington D.C., just days before the inauguration of the President of the United States. These cameras were operated by individual computers attached to each camera. The computers and the cameras were connected to a central monitoring facility in Washington, D.C., via the internet, so that law enforcement could monitor each or multiple cameras independently and remotely from the central facility. During national events like the Presidential Inauguration, federal agencies such as the United States Secret Service (USSS) utilize the surveillance camera network in order to provide additional security. At the time of the computer intrusion, USSS, among other federal law enforcement agencies, was preparing security for the Presidential Inauguration. The computer intrusion was used to execute a ransomware attack. Once activated, the ransomware locked 126 infected computers connected to MPD surveillance cameras. The ransomware then displayed instructions explaining how to unlock each computer by the payment of Bitcoin. The instruction screen of each infected computer demanded that the victim pay .8 Bitcoin to unlock/unencrypt the computer. Bitcoin is a form of digital currency. The ransom, had it been paid for all 126 computers, would have totaled $60,800 as calculated by the Bitcoin conversion rates applicable in January 2017.

3.      MPD contacted the USSS after detecting the network intrusion, and together they began an immediate investigation. An MPD technology administrator and a USSS Special Agent logged into an MPD computer with IP[1] address 166.143.169.96 (which was designated as

---

[1] An internet protocol or IP address refers to a unique number assigned to a device linked to and communicating over the internet. Every computer attached to the internet must be assigned an IP

"Victim Device A" for convenience) using the Remote Desktop Protocol. While logged into Victim Device A through the Remote Desktop Protocol, the Special Agent was able to see the real-time activity of that MPD computer. The Special Agent observed several activities, including: a browser window with the application "Sendgrid", a browser window with a .txt file named "USA.txt", a tracking number for a company named "Hermes," a Google search page with search results for "email verifier online," a browser window opened to emailx.discoveryvip, and a window showing the instructions for the Cerber ransomware. Through training and experience, the USSS Special Agent knew that Sendgrid is a bulk-mail application that is able to send an email message to a large number of email addresses. The user name of this account was listed as "David Andrew." Records from Sendgrid showed that the David Andrew account was created on January 10, 2017, had an email address of david.andrews2005@gmail.com and a registration IP address of 166.143.169.96 (the IP address of Victim Device A). None of these computer activities observed were initiated by MPD or any other participating law enforcement agency.

4. A USSS forensic analysis of Victim Device A and Victim Device B (another MPD computer) showed that (1) the unauthorized access occurred between January 9, 2017, and January 12, 2017, (2) the ransomware variants "cerber" and "dharma" were located on the locked computers, (3) the email addresses david.andrews2005@gmail.com and anonimano027@gmail.com were accessed from Victim Device A during the intrusion, and (4) a USA.txt file containing 179,616 email addresses had been installed on Victim Device A . Further analysis showed that, at the time, the defendants – that is, Eveline Cismaru and her co-

---

address so that internet traffic sent from and directed to that computer may be directed properly from its sender to its destination.

3

defendant Mihail Alexandru Isvanca, and others – were using the Device A as a proxy to send out additional ransomware and spam through the use of a commercial mass emailing website. Various email accounts were identified as linked to Device A. The use of search warrants to the internet service providers for the various email accounts linked the accounts to each defendant (Isvanca and Cismaru), which in turn, linked the defendants to this computer intrusion. For example, the exact same file of 179,616 email addresses (stolen) found on Device A was also found on email accounts linked to each defendant, and analysis showed that between January 9 and 10, 2017, the defendants' same email accounts were communicating with each other and had exchanged the stolen credentials as well as other data.

5. These events were ongoing when investigators shut down and wiped the memory of the infected MPD computers in order to reprogram each and return them to service immediately in anticipation of the upcoming Inauguration.

6. The use of hacked MPD computers as proxies helped the defendants disguise their identities (or rather delay the detection of the identities) by making it appear initially that the spam emails came from computers located in D.C. and not Romania or London—where the defendants' attacks actually came from. Nonetheless, investigators were able to ascertain the identities of these defendants because of law enforcement techniques which revealed the true identity behind the proxies and email monikers created and used to conceal the scheme.

7. Since each computer connected to the internet is assigned an IP address, and various email monikers were created or used in an effort to "insulate" perpetrators from detection, the investigation was eventually able to determine the owners of the email accounts used to create such monikers, and the computers used by the perpetrators. Consequently, computer analysts were able to identify the real world identities of those behind the computer

attack.   Eveline Cismaru and Mihai Isvanca, to whom she gave access to her personal email account, used her personal email account – eveline.cismaru@gmail.com – as a "back up" email account when creating other email monikers and other email accounts to perpetrate the fraud scheme. The Gmail account[2] was also used for personal matters, such as linking it to Cismaru's social media pages (*e.g.*, Facebook). The Gmail account was also used to receive invoices for purchases such as airline tickets (and airline tickets must contain personal identifying information to be used at gate and airline terminal check-ins), to make Airbnb queries, to make a United Kingdom Driver's license application, to hire a nanny for her three-year-old, and for a myriad of other personal things that require one to reveal their real identity. In addition, the eveline.cismaru@gmail.com account contained evidence of the ransomware and fraud schemes, including the same text file containing the 179,616 email addresses discussed above, and thousands of stolen credit card numbers. Additionally, the email contained evidence of a fraudulent credit card/sales scheme at Amazon.com (an internet marketplace) that involved a company by the name of Lakel_Ltd. Records from Amazon indicate that this company was registered in the name of Eveline Cismaru and the email address of the company was eveline.cismaru@gmail.com.

8.   A myriad of email moniker accounts were used to facilitate the computer intrusion in hopes of avoiding detection and in hopes of assuring anonymity. Investigation into the email accounts revealed the identities of those who created the email accounts and those who perpetrated the computer attacks.

9.   Records obtained by from Google for eveline.cismaru@gmail.com included a January 10, 2017, email sent to david.andrews2005@gmail.com containing the USA.txt file (*i.e.*,

---

[2] Google is the internet service provider for electronic mail accounts, which it calls "gmail."

the file with 179,616 email addresses), which was previously forwarded by suhm2006@hotmail.com on January 9, 2017. The law enforcement agents know from training and experience that such files like the USA.txt file containing 179,616 stolen email addresses are usually acquired (bought) from other computer hackers who had obtained the data from phishing schemes or other computer intrusions that successfully harvested this data from other computer data bases, like a commercial website. Access to such stolen data is a precursor toward launching other fraud schemes including malware and ransomware. Forensic examination of this USA.txt file showed that it is the same USA.txt file found on Victim Device A.

10. Further Google records for the various email accounts showed that the accounts were used to send and receive stolen credit card information. In various emails, amisvanca@gmail.com sent and/or received information pertaining to approximately 1,603 credit cards. Google records show that amisvanca@gmail.com is an account that was created by co-defendant Mihail Isvanca. The recovery email address listed in the creation of that account is another email account that was created by Isvanca. In addition, there is other evidence that Isvanca and Cismaru were engaged in credit card and banking fraud activity. Google records for the eveline.cismaru@gmail.com account show it was used to send and/or receive information pertaining to approximately 2,170 credit cards; and vand.suflete@gmail.com sent and/or received information pertaining to approximately 55 credit cards. Google records indicate that, on January 3, 2017, eveline.cismaru@gmail.com received an email from suhm2006@hotmail.com. Included in that email were five attachments containing stolen credit card data. Again, law enforcement agents know from training and experience, that those engaged in computer fraud buy and sell stolen personal identification information including email accounts and passwords, and banking credentials to further fraud schemes.

11. Records related to IP address 86.107.57.138 showed that the IP address was a static IP address issued through Teen Telecom (In Romania) and was set up during the timeframe of October 2016 through January 2017 under the name of "Mihai-Alexandru Isvanca." The Teen Telecom records listed a telephone number of 0726192907, an email address of ███████████████ and an address of "███████████████████████" Through training and experience, law enforcement agents know that a static IP address is assigned by a provider to a customer, while a dynamic IP address is assigned by the network and will in, turn change over time.

12. Google records for the vand.suflete@gmail.com account included an email from vand.suflete@gmail.com to david.andrews2005@gmail.com on January 11, 2017, with what is believed to be a link to a "cerber control panel." Cerber ransomware is a variant of ransomware identified as such by law enforcement cyber analysts. Through training and experience, the agents knew that the owner and creator of the cerber ransomware leases out the ransomware to affiliates. The cerber control panel then allows the affiliates to control the cerber framework without being able to access the source code of the ransomware. This allows the owner of the cerber control panel to retain the intellectual property ownership of the ransomware variant and continue to receive profits from its use by the affiliates of the Cerber ransomware. The Cerber variant is designed so that the affiliates cannot effectively use the ransomware independent of the cerber control panel.

13. Google records of vand.suflete@gmail.com also included emails from jokevanduijin@kpnmail.nl to vand.suflete@gmail.com with three malicious ***.pdf files. When executed, these files would request the download of the cerber ransomware. Through training and experience, the agents knew that these hidden links to download cerber ransomware are the

type of files mailed to victims in an attempt to activate the cerber ransomware and lock the respective targeted computers.

14. Google records for vand.suflete@gmail.com included multiple email exchanges with another Google email account: eveline.cismaru@gmail.com. In one such email exchange, eveline.cismaru@gmail.com sent an email to vand.suflete@gmail.com containing an individual's personal identifying information, including a full name, a physical address, and an email address. In a reply email, vand.suflete@gmail.com account stated, "succes parola la cont pe site e," which roughly translates from Romanian to English as "successful password to your account on the site is," followed by what appears to be a password. In addition, there are multiple emails sent from vand.suflete@gmail.com to eveline.cismaru@gmail.com containing IP addresses and what appear to be usernames and passwords for a given IP address. This is similar in style to the January 10 email from vand.suflete@gmail.com to anonimano027@gmail.com which included the IP addresses, usernames, and passwords for 94 of the IP addresses for MPD surveillance camera computers.

15. The USSS investigation further revealed the creation of fake businesses on Amazon.co.uk and the posting of items for sale that were not possessed by either defendant. In this regard, forensic analysis of Victim Device A showed the unauthorized user logging in to Amazon.co.uk on January 11, 2017 and the screen shot captured on January 12, 2017 by the USSS showed the unauthorized user checking the tracking number from the parcel delivery service Hermes. When orders were placed for these items, the item would be bought from another website using stolen credit card data and shipped to the original purchaser. Once the item was shipped, the tracking number was provided to Amazon.co.uk and the funds would be released from the purchaser. Specifically, a fraudulent Amazon.co.uk business called Lake L was

created, and an item was sold to R.T. (an individual who resided in London), namely a food smoking device, normally sold by the online retail company Lakeland. Following the order by R.T., a stolen credit card was used to buy the food smoking device from Lakeland and ship it to R.T. In short, the scheme monetized the stolen credit card by using it to pay for goods sold to R.T., and receiving funds from R.T. (who believed he was engaged in a legitimate purchase through Amazon).

### Arrest of Eveline Cismaru and Mihail Alexandru Isvanca

16.     The investigation, including the foregoing evidence, initially identified two perpetrators who conspired to execute the ransomware and fraud schemes: Mihail Alexandru Isvanca and Eveline Cismaru.

17.     USSS Special Agents obtained a criminal arrest warrant against coconspirators Eveline Cismaru and Mihail Alexandru Isvanca. On December 15, 2017, Romanian police arrested the two as they were about to board a flight departing Bucharest, Romania, for London, England. Seized from the two were numerous electronic devices like cell phones, computers and electronic storage devices.

### Statements Made After Arrest and before Extradition

18.     In an interview on December 20, 2017, Isvanca admitted involvement in the charged computer attack and his involvement in this scheme. He denied involvement in the ransomware scheme, but later, in statements made to law enforcement admitted that the denial was false, as he did have involvement in the ransomware scheme.

### Statements Made by the Defendant Mihai Alexandru Isvanca after Extradition.

19. In a series of debriefings held December 10 and December 14, 2020, and again on April 6, 2021, the defendant admitted to his participation in the charged conspiracies, along with a coconspirator, Eveline Cismaru, together with other conspirators (not charged)  on exploit.in and , (on line moniker of another known only as , (later identified as and (who used the email account of along with (who was instrumental in providing access to ransomware variants Cerber and CTB Locker).

20. Mr. Isvanca acknowledged that he had a romantic relationship with co-defendant Eveline Cismaru that began years before their arrest in Romania. A friend from Romania of Mr. Isvanca's named taught Mr. Isvanca how to commit cyber fraud scams and introduced him to the use of ransomware. helped provide Isvanca access to Cerber ransomware panels and to create an account for Mr. Isvanca that he and Cismaru and others used to perpetrate the conspiracy offenses charged. provided Mr. Isvanca with stolen credit cards from the United Kingdom which Isvanca and Cismaru used to pay their day to day living expenses. Mr. Isvanca also controlled and used email accounts anonimano027@gmail.com, and vand.suflete@gmail.com, among others, to perpetrate the various computer fraud schemes and the use of a variety of email accounts helped assure him and Cismaru of anonymity in the schemes.

21. Together, Mr. Isvanca and Ms. Cismaru pooled their financial resources and knowledge to commit computer hacking crimes including the ones charged in this indictment. He and Cismaru committed these computer crimes from places in Romania and in the United Kingdom. Mr. Isvanca introduced the ransomware scheme to infect compromised MPD

surveillance camera computers. Once activated, ransomware locked the invaded computer and required the computer owner to pay a ransom in bitcoin to decrypt the computer and restore the files therein. Mr. Isvanca had access to the ransomware host that allowed the user (Isvanca) to get 60% of the ransom and the host, otherwise known as the owner of the ransomware panel, to get 40% of the ransom paid. The user's share of the percentage would raise eventually up to 80% corresponding to the rate of success in extracting ransom payments. Mr. Isvanca, by the end of January, 2017 received about 20 bitcoin (or about 20,000 Euros) from the ransomware scheme. Mr. Isvanca asserts that those proceeds have been spent. Mr. Isvanca also committed credit card schemes with Cismaru and others during this conspiracy. According to Mr. Isvanca, Eveline Cismaru brought in others in the conspiracy to form a computer hacking team as this team effort allowed them to make more money. These other associates were ▮▮▮▮ another person known only as ▮▮▮▮ and ▮▮▮▮. Using Isvanca's access, ▮▮▮▮ infected the MPDC computers with Cerber and Dharma Locker variants of ransomware. They utilized the infected MPDC computers to launch attacks on other computers and using remote desk top protocol, launched brute force attacks against other computers. With the help of ▮▮▮▮ Mr. Isvanca used the USA.txt file to send spam emails for cyber fraud schemes (the text file contained 179,000 stolen user names and passwords). In addition to the ransomware attacks, the cyber hacking team used the MPD camera system network to send spam/phishing emails to unsuspecting victims for the purpose of committing cyber fraud schemes and used SendGrid (a cloud based marketing email program) to enhance their efforts. During the fraud scheme, Cismaru and Isvanca committed credit card fraud involving Amazon and eBay. Cismaru took pictures of the team with their computers at work in the flat she rented

using child support funds which the United Kingdom court ordered Cismaru's child's husband (▊▊▊▊▊▊▊▊▊▊) to pay.

### Statements Between Isvanca and Cismaru

22.     Between the end of January and through early February 2018, after Isvanca and Cismaru were arrested in Romania, both were on home detention awaiting extradition. Isvanca initiated communication with Cismaru by computer using an alias which she recognized, and using an internet chat relay system called Pidgin, which was encrypted. Mr. Isvanca suspected that Cismaru was taking a series of computer screen shots to preserve the communications, yet he persisted in the communications. The communications contained incriminating statements of the two about their involvement in the computer hacking conspiracy.

### Additional Ransomware Participation

23. After Mr. Isvanca was arrested by Dutch law enforcement on June 19, 2020, they seized his lap top and cell phone and provided them to U.S. officials at their request pursuant to a mutual legal assistance treaty. Forensic analysis of the ASUS laptop shows that Mr. Isvanca participated in the Gandcrab ransomware variant for about three weeks between January and February, 2018. Mr. Isvanca admits this participation but claims that he made no money from the ransomware and that the owner of the Gandcrab ransomware panel terminated his account for failure to generate revenue. The owner of the Gandcrab ransomware directed Mr. Isvanca to infect 500 computers (i.e., IP addresses), but only about 45 computers (i.e., IP addresses) in the United Kingdom were infected by this ransomware attack at the behest of Mr. Isvanca. His explanation of the Gandcrab variant provided assistance to agents of the Federal Bureau of Investigation who are working with European law enforcement including those in the United Kingdom. Mr. Isvanca stated that also he provided assistance to a friend of his uncle by setting

up a bitcoin wallet for exchanging computer fraud proceeds. Neither or these endeavors impacted victims in the U.S.A. Mr. Isvanca claims that these were his last efforts of involvement in computer hacking before his June 19, 2020 arrest.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845

DEMIAN AHN
Assistant United States Attorney
DC Bar Number 49111
Telephone: 202-252-7106
Email: demian.ahn@usdoj.gov

By:   JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959809
Cyber Crime Section
555 4th Street, NW  #4205
Washington, DC 20001
(202) 252-7684; Fax: 514-8707
E-mail: John.Dominguez@usdoj.gov

Date: 4/26/2021

_____
Reviewed and Agreed
Mihai Alexandru Isvanca, Defendant.

_____
Reviewed
Jon Jeffress, Attorney for the Defendant

W. Zapf
for J. Jeffress

Date: 4/26/21