**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIM NO. 1:18-cr-00020-DLF |
| ) | |
| MIHAI ALEXANDRU ISVANCA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Government's Motion to File a Redacted Agreed Statement of Facts in Support of Guilty Plea, and Fed. R. Crim. P. 49.1, and the entire record herein, it is this _____ day of April, 2021,

ORDERED, that the clerk of the court shall file the redacted Agreed Statement of Facts in Support of Guilty Plea in the public record, and file under seal, the unredacted version of the Agreed Statement of Facts in Support of Guilty Plea.

_____
United States District Judge